**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ltfisher@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
2665 S. Bayshore Dr., Suite 220
Miami, FL 33133
Telephone: (305) 330-5512
Facsimile:  (305) 676-9006
E-Mail: scott@bursor.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMANI WHITFIELD and SHAWANNA McCOY, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br>       v.<br>YES TO, INC.,<br><br>                    Defendant. | Case No. 2:20-cv-00763-AB-AS<br><br>**PROOF OF SERVICE**<br><br>Date: March 20, 2020<br>Time: 10:00 a.m.<br>Courtroom 7B<br><br>Hon. André Birotte Jr. |

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Bursor & Fisher, P.A., 1990 North California Blvd, Suite 940, Walnut Creek, California 94596. On February 19, 2020, I served the within document(s):

**NOTICE OF RELATED CASE PURSUANT TO LOCAL RULE 83-1.3.1**

☒ by e-mail transmission on that date. These documents were transmitted via e-mail to the following e-mail addresses as set forth below.

**MILSTEIN JACKSON FAIRCHILD & WADE, LLP**
Gillian L. Wade, State Bar No. 229124
gwade@mjfwlaw.com
Sara D. Avila, State Bar No. 263213
savila@mjfwlaw.com
Marc A. Castaneda, State Bar No. 299001
mcastaneda@mjfwlaw.com
10250 Constellation Blvd., Suite 1400
Los Angeles, CA 90067
Tel: (310) 396-9600
Fax: (310) 396-9635

**GOLOMB & HONIK**
Kenneth Grunfeld (to apply *pro hac vice*)
1835 Market St., Suite 2900,
Philadelphia, PA 19103
kgrunfeld@golombhonik.com
Tel: (215) 985-9177
Fax: (215) 985-4169

Attorneys for Plaintiff Josey Parsons Aughtman

PROOF OF SERVICE
CASE NO. 2:20-CV-00763-AB-AS

1     I declare under penalty of perjury under the laws of the State of California that the above is true and correct, executed on February 19, 2020, at Walnut Creek, California.

*Debbie Schroeder*

Debbie Schroeder

PROOF OF SERVICE
CASE NO. 2:20-CV-00763-AB-AS