UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMANI WHITFIELD and SHAWANNA MCCOY; JOSEY PARSONS AUGHTMAN<br><br>Plaintiff,<br><br>v.<br><br>YES TO, INC.,<br><br>Defendant. | Case Nos. 2:20-CV-00763-AB (ASx)<br>2:20-CV-01223-AB (ASx)<br><br>ORDER DISMISSING CIVIL ACTIONS |

THE COURT having been advised by counsel that the above-entitled action has been settled;

//

//

//

IT IS THEREFORE ORDERED that these actions are hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: December 15, 2020   _____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE