JS-5

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMANI WHITFIELD, SHAWANNA MCCOY, JOSEY PARSONS AUGHTMAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>YES TO, INC., a Delaware corporation; and DOES 1 – 10, inclusive<br><br>Defendant. | Case No. 2:20-cv-00763-AB-AS<br><br>**ORDER GRANTING REQUEST TO RE-OPEN CASE FOR PURPOSES OF ENFORCING PROPOSED CLASS ACTION SETTLEMENT** |

The Court has reviewed Plaintiffs' request to re-open the case and determined that it erroneously closed this case, which involved a classwide settlement, prior to the settlement's approval.  As such, good cause has been shown and the request is **<u>GRANTED</u>**.

Plaintiffs shall file the Motion for Preliminary Approval of the Class Action Settlement on or before January 28, 2021.

IT IS SO ORDERED.

DATED:     January 21, 2021

_____
Hon. André Birotte Jr.
United States District Court Judge